Same case below, 390 Fed. Appx. 261.

**No. 10-11038. Kevin E. Burns, Petitioner v. Commissioner of Revenue of Minnesota.**

565 U.S. 1177, 132 S. Ct. 1141, 181 L. Ed. 2d 1017, 2012 U.S. LEXIS 1049.

January 23, 2012. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

Same case below, 787 N.W.2d 164.

**No. 11-179. Michael O'Rourke, Individually and on Behalf of All Other Similarly Situated, Petitioner v. Palisades Acquisition, XVI, LLC, et al.**

565 U.S. 1177, 132 S. Ct. 1141, 181 L. Ed. 2d 1017, 2012 U.S. LEXIS 1024.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 635 F.3d 938.

**No. 11-342. Theodore Karantsalis, Petitioner v. Department of Justice, et al.**

565 U.S. 1177, 132 S. Ct. 1141, 181 L. Ed. 2d 1017, 2012 U.S. LEXIS 927.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 635 F.3d 497.

**No. 11-360. James Christo, Petitioner v. United States.**

**No. 11-6506. Remila Christo, Petitioner v. United States.**

565 U.S. 1177, 132 S. Ct. 1142, 181 L. Ed. 2d 1017, 2012 U.S. LEXIS 1032.

January 23, 2012. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same cases below, 413 Fed. Appx. 375.

**No. 11-445. Farmers Insurance Company of Oregon, et al., Petitioners v. Mark Strawn.**

565 U.S. 1177, 132 S. Ct. 1142, 181 L. Ed. 2d 1017, 2012 U.S. LEXIS 987.

January 23, 2012. Petition for writ of certiorari to the Supreme Court of Oregon denied.

Same case below, 350 Or. 336, 258 P.3d 1199.

**No. 11-481. DISH Network Corporation, et al., Petitioners v. Federal Communications Commission, et al.**

565 U.S. 1178, 132 S. Ct. 1162, 181 L. Ed. 2d 1017, 2012 U.S. LEXIS 913.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 653 F.3d 771.